UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

```
_____
                              )
MELISSA D.,                   )
                              )
     Plaintiff,               )
                              )   C.A. No. 17-469 WES
     v.                       )
                              )
NANCY A. BERRYHILL, Acting    )
Commissioner of Social        )
Security,                     )
                              )
     Defendant.               )
_____)
```

## ORDER

Having heard no objection, the Court accepts Magistrate Judge Almond's Report and Recommendation (ECF No. 16) pursuant to 28 U.S.C. § 636(b)(1) and adopts its recommendations and reasoning. The Court, therefore, DENIES Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 13) and GRANTS Defendant's Motion to Affirm (ECF No. 15).

IT IS SO ORDERED.

/s/ W.E. Smith
_____
William E. Smith
Chief Judge
Date: October 10, 2018